UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT CHARLES PARADIS,

    Plaintiff,

v.

ERIC JACKSON, et al.,

    Defendants.

Case No. C16-876 JLR-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for temporary restraining order (Dkt. 11) is **DENIED**.

(3) The Clerk of Court is directed to send copies of this Order to plaintiff, counsel for defendants, and to Judge Tsuchida.

DATED this 23rd day of JAN., 2017.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1