UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT CHARLES PARADIS,

                Plaintiff,

   v.

ERIC JACKSON, et al.,

                Defendants.

Case No. C16-876 JLR-BAT

**REPORT AND RECOMMENDATION**

Before the Court is the parties' Stipulation of Dismissal. Dkt. 27. The parties stipulate to the dismissal of all claims of Plaintiff Robert Charles Paradis against Defendants Eric Jackson, Paula Chandler, Scott Russel, Tammy O'Reilly, and Angela Stapp, without prejudice and without costs to any party. Accordingly, it is recommended that all claims against defendants be **DISMISSED WITH PREJUDICE and without costs or fees to any party**, and that this Court retain jurisdiction to enforce the terms of the Settlement Agreement in this action.

The Clerk should note the matter for **March 27, 2017** as ready for the Honorable Judge James L. Robart's consideration.

**DATED** this 24th day of March, 2017.

                                                      _____
                                                      BRIAN A. TSUCHIDA
                                                      United States Magistrate Judge

REPORT AND RECOMMENDATION - 1