UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT CHARLES PARADIS,

    Plaintiff,

v.

ERIC JACKSON, et al.,

    Defendants.

Case No. C16-876 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The parties' stipulated motion to dismiss (Dkt. 27) is **GRANTED; this action is dismissed with prejudice and without costs or fees to any party.** This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in this action.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to Judge Tsuchida.

**DATED** this 27th day of March, 2017.

JAMES L. ROBART
United States District Court Judge

ORDER OF DISMISSAL - 1